# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 20-5204**                              **September Term, 2020**

FILED AUGUST 5, 2021

CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, ET AL.,
APPELLEES

UTE TRIBE OF THE UINTAH AND OURAY INDIAN RESERVATION,
APPELLANT

v.

JANET YELLEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF U.S. DEPARTMENT OF THE
TREASURY, ET AL.,
APPELLEES

———

Consolidated with 20-5205, 20-5209

———

On Remand from the Supreme Court of the United States

———

Before: HENDERSON, MILLETT, and KATSAS, *Circuit Judges*

## J U D G M E N T

These causes came to be heard on remand from the Supreme Court of the United States reversing and remanding these cases to this court for further proceedings consistent with its opinion. On consideration thereof, it is

**ORDERED and ADJUDGED** that, in accordance with the Supreme Court's opinion in Yellen v. Confederated Tribes of the Chehalis Reservation, 141 S. Ct. 2434 (2021), the judgment of the District Court appealed from in these causes granting summary judgment to the government and the intervenor-defendants and denying summary judgment to the plaintiffs be affirmed and the cases be remanded to the District Court.

The Clerk is directed to issue the mandate forthwith.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk